## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION (ABINGDON)

| | |
|---|---|
| IN RE:  YELLOW POPLAR LUMBER COMPANY, | ) ) ) |
| **Debtor.** | ) |

---

| | | |
|---|---|---|
| PLUM CREEK TIMBERLANDS, L.P., | ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Adversary Proceeding No.  13-07026 |
| YELLOW POPLAR LUMBER COMPANY, INC., et al, | ) ) ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE

Please take notice that

Cameron S. Bell
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
VSB No. 47685
cbell@pennstuart.com

appears as counsel for defendant Heartwood Forestland Fund IV, L.P.


                                              HEARTWOOD FORESTLAND FUND IV, L.P.

                                              By Counsel

Cameron S. Bell
VSB No. 47685
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621


By  */s/ Cameron S. Bell*
        Cameron S. Bell

Abingdon: 850962-1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William E. Bradshaw, Esq.; Mark L. Esposito, Esq.; and Wade W. Massie, Esq., and that I mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

> Francis H. Casola, Esq.
> Woods Rogers PLC
> P.O. Box 14125
> Roanoke, VA 24038-4125
> Counsel for Plaintiff
>
> Terrence Shea Cook, Esq.
> T. Shea Cook, P.C.
> P.O. Box 507
> Richlands, VA 24641
> Counsel for Plaintiff
>
> Wayne T. Horne, Esq.
> 1062 Walnut Street, #2
> Grundy, Virginia 24614
> Guardian Ad Litem
>
> R. Lucas Hobbs, Esq.
> Elliott Lawson & Minor, P.C.
> 110 Piedmont Avenue, Suite 300
> Bristol, VA 24201
> Guardian Ad Litem
>
> Gregory D. Habeeb, Esq.
> Gentry Locke Rakes & Moore
> P.O. Box 40013
> Roanoke, Virginia 24022
>
> Charles Bartlett
> 432 East Main Street, Suite G
> Abingdon, VA 24210
>
> Lydia V. Newberry
> 14810 West Calavar Road
> Surprise, AZ 85379

Marlene McCall
5310 Canova Court
Kingsport, TN 37664

Donna Vest
4062 Blandfield Drive
Vinton, VA 24179

Donald A. McGlothlin, Jr.
113 East Main Street
Lebanon, VA 24266

Mary L. McGlothlin Burton
1010 North Martintown Road
McCormick, SC 29835

Leah Anne McGlothlin
2859 Kennel Gap Road
Oakwood, VA 24631

Kevin T. McGlothlin
2285 Clifton Farm Road
Honaker, VA 24260

Karen Stiltner
933 Revere Road
Galax, VA 24333

Rita C. Coleman
P.O. Box 175
Vansant, VA 24656

Betty Sue Sutherland
280 Glade Hill Drive
Lebanon, VA 24266

Ruby Jean Hill
1074 Bear Branch Road
Vansant, VA 24656

Danny Carl Owens
9970 Lovers Gap Road
Haysi, VA 24256

Rebecca L. Bowman Rakes
220 Republican Church Road
Ferrum, VA 24088

Cindy K. Bowman
3625 Gent Branch Road
Vansant, VA 24656

Matthew Trivett
11001 Haughs Church Road
Keymar, MD 21757

Michael Trivett
5801 Nicholson Lane #1220 N
Bethesda, MD 20852

Jody B. Baldwin
341 Pennsylvania Avenue
Salem, VA 24153

Jessica Baldwin
341 Pennsylvania Avenue
Salem, VA 24153

Bonnie Hunt
c/o Michael Planck
2642 Three Mile Road
Flemingsburg, KY 41041

Rita Simmons
2808 60th Avenue W, #1505
Bradenton, FL 34207

Douglas Coleman
2117 Cranesnest Road
Vansant, VA 24656

Clinton Coleman
2532 Old Greenbrier Road
Haysi, VA 24256

Eugene Coleman
1408 JWB Hollow Road
Vansant, VA 24656

Barbara Charles
1015 Apple Jack Drive
Haysi, VA 24256

Susie Charles
1064 Ironwood Road
Vansant, VA 24656

5

Ira Jessie Coleman
933 Revere Road
Vansant, VA 24656

Lena Everman
c/o Dan Planck
1202 Piedmont Drive
Fairborn, OH  45324

Irving Coleman
5237 Springdale Avenue
Charlotte, NC 28277

Barbara Ellen Coleman
5848 Wilgrove Mint Hill Road
Charlotte, NC  28277

Regina Lynn Lewis
8029 Wilson Woods Drive
Charlotte, NC  28227

Jerry L. Coleman
2614 Cranesnest Road
Vansant, VA  24656

Barbara Ann Coleman
2614 Cranesnest Road
Vansant, VA  24656

*/s/ Cameron S. Bell*
Cameron S. Bell

Abingdon: 850962-1